STATE v. PUCKETT

No. 55.

Case below: 46 N.C. App. 719.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 15 July 1980.

STATE v. RICE

No. 204 PC.

Case below: 46 N.C. App. 118.

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 July 1980.

STATE v. SPRINKLE

No. 254 PC.

Case below: 46 N.C. App. 802.

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 July 1980.

STATE v. WATKINS

No. 168 PC.

Case below: 45 N.C. App. 661.

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 July 1980.

STATE v. WILLIAMS

No. 74.

Case below: 34 N.C. App. 502.

Motion of defendant's counsel to dismiss appeal allowed 31 July 1980.